

## HAYNIE v. STATE.
### No. 25959.

Court of Criminal Appeals of Texas.
Oct. 22, 1952.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a period of two years.

The indictment and all matters of procedure appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of burglary on a plea of guilty before the court and was sentenced to serve the minimum term of two years.

We find no statement of facts or bills of exception in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.